**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

RACKSPACE US, INC.

    Plaintiff,

v.                                                                C.A. No. 5:13-cv-00274-OLG

PARALLEL IRON, LLC and IP
NAVIGATION GROUP, LLC,

    Defendants.

**APPENDIX TO DEFENDANT PARALLEL IRON, LLC'S MOTION TO DISMISS
PURSUANT TO THE FIRST-TO-FILE RULE, OR, IN THE ALTERNATIVE,
STAY THIS CASE IN FAVOR OF THE FIRST-FILED CASE IN THE DISTRICT
OF DELAWARE, TRANSFER THIS CASE TO THE DISTRICT OF DELAWARE,
OR SEVER AND TRANSFER THE PATENT CLAIMS TO THE DISTRICT OF
DELAWARE**

| DOCUMENT | DESCRIPTION |
|---|---|
| Declaration of Shani M. Tutt | Declaration of Shani M. Tutt of Russ August & Kabat, counsel for Defendant Parallel Iron, LLC ("Parallel Iron"), in support of Parallel Iron's Motion to Dismiss Pursuant to the First-to-file Rule, or, in the Alternative, Stay This Case in favor of the First-filed Case in the District of Delaware, Transfer This Case to the District of Delaware, or Sever and Transfer the Patent Claims to the District of Delaware. |
| Exhibit A to Declaration of Shani M. Tutt | Complaint filed by Parallel Iron in *Parallel Iron LLC v. Cloudera Inc. et al.*, C.A. No. 1:13-cv-00443-RGA (the "Delaware Action"). |
| Exhibit B to Declaration of Shani M. Tutt | Complete list of District of Delaware cases concerning the patents-in-suit and related patents to which Parallel is a party. |
| Exhibit C to Declaration of Shani M. Tutt | Court docket report in Delaware Action as of June 3, 2013. |

Date:  June 3, 2012                                  Respectfully Submitted:


                                            */s/ Carlos I. Uresti*
Carlos I. Uresti
Texas Bar No. 00785132
THE URESTI LAW FIRM, P.C.
924 McCullough Ave.
San Antonio, TX 78215
Tel:  (210) 927 3412
Fax: (210) 921 0430
carlos@urestilaw.com

*Counsel for Defendant*
*Parallel Iron, LLC*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on June 3, 2012, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.

                                                  */s/ Carlos I. Uresti*