# EXHIBIT B

# Select A Case

**Parallel Iron LLC is a party in 29 cases.**

| | | | |
|---|---|---|---|
| [1:11-cv-00799-RGA](#) | Parallel Iron LLC v. EMC Corporation | filed 09/09/11 | closed 07/17/12 |
| [1:12-cv-00121-RGA](#) | Parallel Iron LLC v. Hortonworks Inc. | filed 01/30/12 | closed 06/01/12 |
| [1:12-cv-00500-RGA](#) | Parallel Iron LLC v. Hitachi Data Systems Corporation et al | filed 04/19/12 | closed 06/19/12 |
| [1:12-cv-00501-RGA](#) | Parallel Iron LLC v. LSI Corporation | filed 04/19/12 | closed 06/19/12 |
| [1:12-cv-00502-RGA](#) | Parallel Iron LLC v. Netapp Inc. | filed 04/19/12 | closed 06/19/12 |
| [1:12-cv-00503-RGA](#) | Parallel Iron LLC v. Oracle Corporation | filed 04/19/12 | closed 06/21/12 |
| [1:12-cv-00762-RGA](#) | Parallel Iron LLC v. Adknowledge Inc. | filed 06/18/12 | |
| [1:12-cv-00763-RGA](#) | Parallel Iron LLC v. Amazon Web Services LLC et al | filed 06/18/12 | |
| [1:12-cv-00764-RGA](#) | Parallel Iron LLC v. EMC Corporation | filed 06/18/12 | |
| [1:12-cv-00766-RGA](#) | Parallel Iron LLC v. Hitachi Data Systems Corporation et al. | filed 06/18/12 | |

| [1:12-cv-00767-RGA](#) | Parallel Iron LLC v. LSI Corporation | filed 06/18/12 | closed 12/04/12 |
| --- | --- | --- | --- |
| [1:12-cv-00769-RGA](#) | Parallel Iron LLC v. NetApp Inc. | filed 06/18/12 | |
| [1:12-cv-00770-RGA](#) | Parallel Iron LLC v. Oracle Corporation | filed 06/18/12 | closed 09/06/12 |
| [1:12-cv-00874-RGA](#) | Parallel Iron LLC v. Adobe Systems Incorporated | filed 07/12/12 | |
| [1:12-cv-00875-RGA](#) | Parallel Iron LLC v. Citigroup Inc. | filed 07/12/12 | closed 10/04/12 |
| [1:12-cv-00876-RGA](#) | Parallel Iron LLC v. Facebook Inc. | filed 07/12/12 | |
| [1:12-cv-00877-RGA](#) | Parallel Iron LLC v. Linkedin Corporation | filed 07/12/12 | |
| [1:12-cv-00878-RGA](#) | Parallel Iron LLC v. Morgan Stanley | filed 07/12/12 | |
| [1:12-cv-00879-RGA](#) | Parallel Iron LLC v. Motorola Mobility LLC | filed 07/12/12 | |
| [1:12-cv-00880-RGA](#) | Parallel Iron LLC v. Orbitz LLC | filed 07/12/12 | |
| [1:12-cv-00881-RGA](#) | Parallel Iron LLC v. UBS Financial Services Inc. | filed 07/12/12 | closed 12/18/12 |
| [1:12-cv-00917-RGA](#) | Parallel Iron LLC v. Accenture Inc. et al | filed 07/17/12 | closed 11/09/12 |

| | | |
|---|---|---|
| [1:12-cv-00995-RGA](#) | Parallel Iron LLC v. Bank of America N.A. | filed 07/30/12 |
| [1:12-cv-01035-RGA](#) | Parallel Iron LLC v. Netflix Inc. | filed 08/13/12 |
| [1:12-cv-01468-RGA](#) | Parallel Iron LLC v. Accenture Inc. et al | filed 11/14/12   closed 12/04/12 |
| [1:13-cv-00307-RGA](#) | Parallel Iron LLC v. AT & T Operations Inc. et al | filed 02/22/13 |
| [1:13-cv-00367-RGA](#) | Parallel Iron LLC v. Google Inc | filed 03/06/13 |
| [1:13-cv-00443-RGA](#) | Parallel Iron LLC v. Cloudera Inc. et al | filed 03/18/13 |
| [1:13-cv-00916-RGA](#) | EMC Corporation v. Parallel Iron, LLC | filed 05/22/13 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/03/2013 18:45:55 | | | |
| **PACER Login:** | ra0374 | **Client Code:** | 3343-001 |
| **Description:** | Search | **Search Criteria:** | Last Name: Parallel Iron |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |