# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RACKSPACE US, INC., <br> Plaintiff, <br><br> v. <br><br> PARALLEL IRON, LLC and IP <br> NAVIGATION GROUP, LLC <br> Defendants. | § § § § § § § § § | Cause No. SA-13-CA-00274-OLG |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this date the Court considered Plaintiff Rackspace US, Inc. and Defendant Parallel Iron, LLC's Joint Motion to Dismiss with Prejudice (docket no. 37). The Parties have notified the Court that they have settled Plaintiff's claims for relief asserted in this case. Therefore, Rackspace and Parallel Iron request the Court dismiss Plaintiff's claims for relief with prejudice and with all attorneys' fees, costs, and expenses taxed against the party incurring the sane. The Court, having considered such motion, is of the opinion it should be GRANTED.

Accordingly, the Court ORDERS that all of Plaintiff's claims are hereby dismissed with prejudice, and all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same. Finally, given that the other Defendant in this case, IP Navigation Group, LLC, was previously dismissed from this suit (docket no. 36), the Clerk of the Court may close this case upon entry of this Order.

It is so ORDERED.

SIGNED this 21 day of January, 2014.

_____
United States District Judge Orlando L. Garcia